**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **KENESHA LATTIMORE,** : | |
| : | **Case No. 2:25-cv-1255** |
| **Plaintiff,** : | |
| : | **Judge Algenon L. Marbley** |
| **v.** : | |
| : | **Magistrate Judge S. Courter Shimeall** |
| **JUDGE JAMES BROWN,** *et al.*, : | |
| : | |
| **Defendants.** : | |

## <u>ORDER</u>

This matter is before the Court on Plaintiff Kenesha Lattimore's suit against Defendants Judge James Brown, Franklin County Probate Court, and the Ohio Jobs and Family Services Interstate Compact on the Placement of Children Office. (ECF No. 1-2). Plaintiff twice sought leave to proceed *in forma pauperis*, (ECF Nos. 1; 9), but failed to use the appropriate form and provide the required information. She was twice ordered to cure her deficiency, and cautioned that the failure to comply would result in a recommendation that her action be dismissed for failure to prosecute. (ECF No. 11 at 1; *see* ECF No. 4). Plaintiff had until December 18, 2025 to cure her filing deficiency, but failed to do so.

On January 9, 2026, the Magistrate Judge issued a Report and Recommendation recommending dismissal of the instant action pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute. That Report advised Plaintiff that she had fourteen days to raise objections. (ECF No. 12 at 1–2). It also notified Plaintiff that a failure to object within the applicable time period would result in a waiver of the right to have the district judge review the Report and Recommendation *de novo*. (*Id.* at 2).

1

2

This Court has reviewed the Report and Recommendation.  No objections have been filed, and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired.  This Court **ADOPTS** the Magistrate Judge's Report and Recommendation (ECF No. 12) as its findings of facts and law.  Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.  Plaintiff's pending Motions (ECF Nos. 1–3; 5–10) are **MOOT**.  The Court **DENIES** a certificate of appealability.  The Clerk of Court is **DIRECTED** to close the case.

**IT IS SO ORDERED.**

**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATED: April 1, 2026**

2